# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY HUFFMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>BATRA, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00655-BAM (PC)<br><br>ORDER GRANTING NON-PRISONER APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 6)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS A PRISONER AS MOOT<br>(ECF No. 2) |

Plaintiff William Ray Huffman ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On May 15, 2019, Plaintiff initiated this action and filed an application to proceed *in forma pauperis* by a prisoner. (ECF Nos. 1, 2.)

On May 17, 2019, the Court issued an order directing Plaintiff to submit a non-prisoner application to proceed *in forma pauperis* or pay the $400.00 filing fee within thirty days. (ECF No. 4.) On May 28, 2019, Plaintiff submitted the instant non-prisoner application to proceed *in forma pauperis*. (ECF No. 6.)

1

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 6), is GRANTED. Plaintiff's application to proceed *in forma pauperis* by a prisoner, (ECF No. 2), is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 29, 2019**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE