# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY HUFFMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>BATRA, *et al.*,<br><br>          Defendants. | Case No.  1:19-cv-00655-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO RULE IN PLAINTIFF'S FAVOR AS PREMATURE<br><br>(ECF No. 26) |

Plaintiff William Ray Huffman ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to the California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).  This action proceeds on Plaintiff's first amended complaint against Defendants Batra, Withrow, and Hamerick for denial of medical care in violation of the substantive component of the Due Process Clause of the Fourteenth Amendment.

On August 3, 2020, the Court directed the United States Marshal to serve the first amended complaint on Defendants Batra, Hamerick, and Withrow.  (ECF No. 20.)  Waivers of service have been returned executed for Defendants Hamerick and Withrow.  (ECF Nos. 23, 25.)

Currently before the Court is Plaintiff's motion for the Court to rule in his favor, filed September 30, 2020.  (ECF No. 26.)  Defendants have not had an opportunity to file a response,

1

but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

It is unclear if the request is intended to be a motion for default judgment, for judgment on the pleadings, for summary judgment, or some other form of dispositive motion. Regardless of the intent of the request, Plaintiff's motion is premature. Defendants Hamerick and Withrow have not yet answered the complaint, and service has not yet been completed on Defendant Batra. Defendants will be permitted an opportunity to have notice of this lawsuit and present their defenses before the Court makes any ruling on the merits of Plaintiff's claims.

Accordingly, Plaintiff's motion for the Court to rule in his favor, (ECF No. 26), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:  **October 6, 2020**          /s/ *Barbara A. McAuliffe*          
                                                                UNITED STATES MAGISTRATE JUDGE